[No. 29520-2-II. Division Two. August 26, 2003.]

*In the Matter of the Detention of* J.B.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-6-00552-9, Meagan M. Foley, J. Pro Tem., entered August 7, 2002. *Dismissed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Seinfeld, JJ.

---

[No. 51350-8-I. Division One. August 11, 2003.]

THE STATE OF WASHINGTON, *Respondent,* v. ROMAN TISHCHUK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-8-02384-5, LeRoy McCullough, J., entered October 30, 2002. *Affirmed* by unpublished per curiam opinion.

---

[No. 28209-7-II. Division Two. September 2, 2003.]

THE STATE OF WASHINGTON, *Respondent,* v. ALEXANDER NAM RIOFTA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00511-5, Kitty-Ann van Doorninck, Arthur W. Verharen, and James R. Orlando, JJ., entered December 18, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Bridgewater, J.

---

[No. 28496-1-II. Division Two. September 2, 2003.]

KEVIN SHELDON, ET AL., *Respondents,* v. METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 99-2-03689-5, James E. Rulli, J., entered March 7, 2002. *Reversed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Armstrong, J.